## Bowling Green Gas Light Co. v. Dean, Exor.

(Decided January 6, 1911.)

### Appeal from Warren Circuit Court.

Error in Copying Record Supplied.—The deposition of Agee having been by mistake omitted by the clerk in copying the record, a supplemental record containing the deposition may be filed. The bill of exceptions showing the deposition was read on the trial; it may be considered though not incorporated in the bill. In that case the previous cases on the question are reviewed. The court adheres to the rule laid down. Motion sustained.

SIMS & RODES and T. W. THOMAS for appellant.

B. F. PROCTOR and GREENE & VANWINKLE for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
On motion to file supplemental record.

The deposition of Agee having been by mistake omitted by the clerk in copying the record, a supple-

mental record containing the deposition may be filed. Bush v. Lisle, 86 Ky., 505.

The bill of exceptions showing the deposition was read on the trial, it may be considered though not incorporated in the bill. (Postal Telegraph Cable Co. v. Louisville Cotton Oil Co., 136 Ky., 843.) In that case the previous cases on the question are reviewed. The court adheres to the rule laid down.

Motion sustained.